**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

May 23, 2016

Chris Wolpert
Chief Deputy Clerk

Mr. David B. Autry
1021 N.W. 16th Street
Oklahoma City, OK 73106

Ms. Joan M. Fisher
Office of Federal Defender for Eastern District of California
Capital Habeas Unit
801 "I" Street
4th Flr
Sacramento, CA 95814

**RE:** **16-7039, In re: Barrett**
Dist/Ag docket: 09-CV-00105-JHP

Dear Counsel:

The court has docketed your Motion for Permission to file a second or successive habeas petition under 28 U.S.C. § 2255. Please note the case number above. You will be notified as soon as the court takes action on this matter.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/as

cc:     Linda A. Epperley
        Jeffrey Bradford Kahan
        Christopher Wilson