FILED
United States Court of Appeals
Tenth Circuit

June 24, 2016

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

In re: KENNETH EUGENE BARRETT,

Movant.

No. 16-7039
(D.C. No. 09-CV-00105-JHP)
(E.D. Okla.)

_____

**ORDER**
_____

Kenneth Eugene Barrett filed, on May 23, 2016, a motion for authorization to file a second or successive motion pursuant to 28 U.S.C. §2255. This matter is abated pending further order of this court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk