FILED
United States Court of Appeals
Tenth Circuit

August 29, 2019

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

In re: KENNETH EUGENE BARRETT,

Movant.

No. 16-7039
(D.C. Nos. 6:09-CV-00105-JHP
6:04-CR-00115-JHP-1)
(E.D. Okla.)

---

**ORDER**

---

On May 23, 2016, Kenneth Eugene Barrett filed a motion for authorization to file a second or successive 28 U.S.C. § 2255 motion. On June 24, 2016, this matter was abated pending further order of this court. Mr. Barrett has now filed two motions to vacate the order of abatement and to supplement the motion for authorization. The motions to vacate the order of abatement are denied. To the extent the motions seek to supplement the motion for authorization, that request is granted. This matter remains abated pending a decision in one or more cases currently pending before this court that present the issue of whether *United States v. Davis*, 139 S. Ct. 2319 (2019), announced a new rule of constitutional law.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk