**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Chris Wolpert
Chief Deputy Clerk

August 29, 2019

Mr. David B. Autry
1021 N.W. 16th Street
Oklahoma City, OK 73106-0000

Ms. Joan M. Fisher
Office of the Federal Defender for Eastern District of California
Capital Habeas Unit
801 I Street, Fourth Floor
Sacramento, CA 95814

**RE:** **16-7039, In re: Barrett**
Dist/Ag docket: 6:09-CV-00105-JHP, 6:04-CR-00115-JHP-1

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Linda A. Epperley
Jeffrey Bradford Kahan
Christopher Wilson

EAS/pdw