**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

November 29, 2019

Chris Wolpert
Chief Deputy Clerk

Mr. David B. Autry
1021 N.W. 16th Street
Oklahoma City, OK 73106

Ms. Joan M. Fisher
Office of the Federal Defender for Eastern District of California
Capital Habeas Unit
801 I Street, Fourth Floor
Sacramento, CA 95814

**RE:** **16-7039, In re: Barrett**
Dist/Ag docket: 6:09-CV-00105-JHP, 6:04-CR-00115-JHP-1

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:    Linda A. Epperley
       Jeffrey Bradford Kahan
       Christopher Wilson

EAS/as